## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Case No. 13-cv-02893-RM-CBS

RODNEY MARSHALL,

       Plaintiff,

v.

MANKO WINDOW SYSTEMS, INC., d/b/a MANKO GLASS,

       Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice filed on September 10, 2014 (ECF No. 17). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

DATED this 11th day of September, 2014.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge